Order issued December 5, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01601-CV

## IN RE HOLLINGSWORTH SAND & GRAVEL, LLC, Relator

Original Proceeding from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-12-05735-E

# ORDER

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

DOUGLAS S. LANG
JUSTICE